# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Goodwin, Charles B. | U.S. District Court for the Western District of Oklahoma | 7/15/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

200 NW 4th Street, Room 1305
Oklahoma City, OK 73102

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goodwin, Charles B. | 7/15/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2018 | Mayflower Congregational Church |
| 2. | 2018 | Westminster School |
| 3. | 2018 | Oklahoma County School Dist. I-89 |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | US Bank | Mortgage on Rental Property #1 Oklahoma City, OK (Part VII, Line 155) | M |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goodwin, Charles B. | 7/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Allegiance Credit Union | A | Interest | N | T | | | | | |
| 2. Bank of America Checking (X) | A | Interest | J | T | | | | | |
| 3. Bank of America Savings (X) | A | Interest | J | T | | | | | |
| 4. Brokerage Account #1 (H) | | | | | | | | | |
| 5. -Merrill Lynch Cash Equivalent Account See Part VIII | A | Interest | L | T | | | | | |
| 6. Brokerage Account #2 (H) | | | | | | | | | |
| 7. -Merrill Lynch Cash Equivalent Account | A | Interest | K | T | | | | | |
| 8. -SX5E Stepup Issuer HSBC MLZON See Part VIII | | | | | | | | | |
| 9. -Fidelity Advisor New FNIAX | A | Dividend | L | T | | | | | |
| 10. -Franklin Cust Fd FKINX | B | Dividend | K | T | | | | | |
| 11. -Putnam Capital Spectrum PVSAX | A | Dividend | L | T | | | | | |
| 12. -Victory Floating Rate Fund RSFLX | B | Dividend | K | T | | | | | |
| 13. Brokerage Account #3 (H) | | | | | | | | | |
| 14. Merrill Lynch Cash Equivalent Account | A | Interest | J | T | | | | | |
| 15. -Blackstone Alt Multi BXMIX | A | Dividend | J | T | | | | | |
| 16. -Consumer Discretionary XLY | A | Dividend | J | T | Sold (part) | 02/02/18 | J | A | |
| 17. | | | | | Sold (part) | 04/02/18 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goodwin, Charles B. | 7/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 08/31/18 | J | | |
| 19. | | | | | Sold (part) | 10/22/18 | J | A | |
| 20. -First Trust Dow Jones FDN | A | Dividend | J | T | Buy | 03/08/18 | J | | |
| 21. | | | | | Buy (add'l) | 04/02/18 | J | | |
| 22. -FPA Crescent Fund FPACX | A | Dividend | J | T | Buy | 06/01/18 | J | | |
| 23. -Health Care Select SPDR XLV | A | Dividend | J | T | | | | | |
| 24. -Highland Global HCOYX | A | Dividend | | | Sold | 06/01/18 | J | A | |
| 25. -IShares NASDAQ Biotech IBB | A | Dividend | J | T | | | | | |
| 26. -IShares IBoxx LQD | A | Dividend | J | T | Buy (add'l) | 06/25/18 | J | | |
| 27. -IShares IBoxx High Yeild HYG | A | Dividend | J | T | | | | | |
| 28. -IShares Inc Core MSCI IEMG | A | Dividend | J | T | | | | | |
| 29. -IShares MBS ETF MBB | A | Dividend | K | T | | | | | |
| 30. -IShares MSCI EAFE EFA | A | Dividend | | | Sold | 02/01/18 | K | D | |
| 31. -IShares Tips TIP | A | Dividend | J | T | | | | | |
| 32. -IShares TR Core MSCI EAF IEFA | A | Dividend | K | T | Buy | 02/01/18 | K | | |
| 33. | | | | | Sold (part) | 06/22/18 | J | A | |
| 34. -IShares 3-7 Year IEI | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goodwin, Charles B. | 7/15/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Vaneck Vectors J.P. EMLC "f/k/a Marketing Vectores Emrg Mkts EMLC" | A | Dividend | J | T | Sold (part) | 06/22/18 | J | A | |
| 36. -Materials Select Sector XLB | A | Dividend | J | T | Buy (add'l) | 02/02/18 | J | | |
| 37. -Powershares EM Sovereign PCY "f/k/a Powershares Gobal PCY" | A | Dividend | J | T | | | | | |
| 38. -Powershares Preferred PGX | A | Dividend | J | T | | | | | |
| 39. -Real Estate Select XLRE | A | Dividend | J | T | Sold (part) | 03/08/18 | J | A | |
| 40. -Sector SPDR Consmrs STPL XLP | A | Dividend | J | T | | | | | |
| 41. -Sector SPDR Energy XLE | A | Dividend | J | T | | | | | |
| 42. -Sector SPDR Industrial XLI | A | Dividend | J | T | | | | | |
| 43. -Sector SPDR Utilites XLU | A | Dividend | J | T | Sold (part) | 02/02/18 | J | A | |
| 44. -SPDR S&P Insurance KIE | A | Dividend | J | T | | | | | |
| 45. -Vanguard Financials ETF VFH | A | Dividend | J | T | Buy (add'l) | 04/02/18 | J | | |
| 46. -Vanguard Information VGT | A | Dividend | K | T | Sold (part) | 03/08/18 | J | B | |
| 47. | | | | | Sold (part) | 08/31/18 | J | B | |
| 48. -Vanguard Intermediate BIV | A | Dividend | J | T | Sold (part) | 06/25/18 | J | A | |
| 49. -Vanguard Short Term Bond BSV | A | Dividend | J | T | Buy (add'l) | 06/25/18 | J | | |
| 50. First Oklahoma Investments LLC | B | Distribution | J | U | | | | | |
| 51. Third Oklahoma Investments LLC | A | Distribution | J | U | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goodwin, Charles B. | 7/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Avenue F LLC | B | Distribution | K | U | | | | | |
| 53. Redrock Canyon-Grill Southlake, LLC | A | Distribution | | | Sold | 08/12/18 | K | A | |
| 54. IRA Account #1 (H) | | | | | | | | | |
| 55. -Merrill Lynch Cash Equivalent Account | A | Interest | L | T | | | | | |
| 56. -Putnam Capital Spectrum PVSAX | A | Dividend | K | T | | | | | |
| 57. -Thornburg Income Builder TIBAX | B | Dividend | K | T | | | | | |
| 58. -Fidelity Advisor New FNIAX | A | Dividend | L | T | | | | | |
| 59. -Virtus Allocator Premium VAAX | A | Dividend | K | T | | | | | |
| 60. IRA Account #2 (H) | | | | | | | | | |
| 61. -Merrill Lynch Cash Equivalent Account | A | Interest | J | T | | | | | |
| 62. -Alps Alerian MLP ETF AMLP | A | Dividend | J | T | | | | | |
| 63. -Blackstone Alt Multi BXMIX | A | Dividend | J | T | | | | | |
| 64. -IShares Iboxx LQD | A | Dividend | J | T | Buy (add'l) | 06/25/18 | J | | |
| 65. -IShares Iboxx High Yeild HYG | A | Dividend | J | T | | | | | |
| 66. -IShares Inc Core MSCI IEMG | A | Dividend | K | T | Buy (add'l) | 06/25/18 | J | | |
| 67. -IShares MSCI Eurozone EZU | A | Dividend | | | Sold | 03/08/18 | J | A | |
| 68. -IShares MBS ETF MBB | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goodwin, Charles B. | 7/15/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -IShares MSCI CDA ETF EWC | A | Dividend | | | Sold | 03/08/18 | J | A | |
| 70. -IShares MSCI Pacific EPP | A | Dividend | | | Sold | 03/08/18 | J | B | |
| 71. -IShares MSCI Sweden EWD | A | Dividend | | | Sold | 03/08/18 | J | A | |
| 72. -IShares MSCI Japan EWJ | A | Dividend | | | Sold | 03/08/18 | J | B | |
| 73. -IShares MSCI Switzerland EWL | A | Dividend | | | Sold | 03/08/18 | J | A | |
| 74. -IShares MSCI U K EWU | A | Dividend | | | Sold | 03/08/18 | J | A | |
| 75. -IShares Tips TIP | A | Dividend | J | T | | | | | |
| 76. -IShares TR Core MSCI EAF IEFA | A | Dividend | K | T | Buy | 03/08/18 | K | | |
| 77. | | | | | Sold (part) | 06/22/18 | J | A | |
| 78. -IShares 3-7 Year IEI | A | Dividend | J | T | | | | | |
| 79. -Vaneck Vectores J.P. EMLC | A | Dividend | J | T | | | | | |
| 80. -Powershares EM Sovereign PCY | A | Dividend | J | T | | | | | |
| 81. -Powershares Preferred PGX | A | Dividend | J | T | | | | | |
| 82. -Vanguard Growth ETF VUG | A | Dividend | K | T | Sold (part) | 02/02/18 | J | B | |
| 83. | | | | | Buy (add'l) | 04/02/18 | J | | |
| 84. -Vanguard Intermediate BIV | A | Dividend | J | T | Sold (part) | 06/25/18 | J | A | |
| 85. -Vangurard Short Term Bond BSV | A | Dividend | J | T | Buy (add'l) | 06/25/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goodwin, Charles B. | 7/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.  -Vanguard Small Cap VBK | A | Dividend | J | T | Buy (add'l) | 02/02/18 | J | | |
| 87. | | | | | Sold (part) | 04/02/18 | J | A | |
| 88. | | | | | Buy (add'l) | 06/25/18 | J | | |
| 89.  -Vanguard Small Cap Value VBR | A | Dividend | J | T | Buy (add'l) | 02/02/18 | J | | |
| 90.  -Vanguard Value ETF VTV | B | Dividend | K | T | Sold (part) | 06/25/18 | J | A | |
| 91. | | | | | Sold (part) | 08/31/18 | J | A | |
| 92.  HSA Bank F/K/A JP M C B, NA HSA Service Center 2014 | A | Interest | K | T | | | | | |
| 93.  IRA Account #3 (X) | | | | | | | | | |
| 94.  -CREF Money Market QCMMRX (X) | A | Interest | J | T | | | | | |
| 95.  IRA Account #4 (X) | | | | | | | | | |
| 96.  -AmerCnt One Choice 2055 Ptf Fd AREVX (X) | A | Dividend | J | T | | | | | |
| 97.  IRA Account #5 (X) | | | | | | | | | |
| 98.  -Blackrock FDS III LIPPX (X) | A | Dividend | J | T | | | | | |
| 99.  Trust #1 (Y) | | | | | | | | | |
| 100.  -Bank of America, NA (Y) | | | | | | | | | |
| 101.  -Trust Brokerage Account #1 (Y) | | | | | | | | | |
| 102.  --Edward Jones Money Market (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goodwin, Charles B. | 7/15/2018 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. --American Fundamental Invs FUNFX (Y) | | | | | | | | | |
| 104. --Afs International Grw IGFFX (Y) | | | | | | | | | |
| 105. --Bridge Builder Core Plus BBCPX (Y) | | | | | | | | | |
| 106. --Bridge Builder Large Value BBVLX (Y) | | | | | | | | | |
| 107. --Bridge Builder Large Growth BBGLX (Y) | | | | | | | | | |
| 108. --Bridge Builder Smallmid Value BBVSX (Y) | | | | | | | | | |
| 109. --Bridge Builder Smallmid Growth BBGSX (Y) | | | | | | | | | |
| 110. --Bridge Builder INTL Equity BBIEX (Y) | | | | | | | | | |
| 111. --Dodge & Cox Stock DODGX (Y) | | | | | | | | | |
| 112. --JP Morgan Mid Cap Value JBMCX (Y) | | | | | | | | | |
| 113. --Fundamental Investors Fund F2 FINFX (Y) | | | | | | | | | |
| 114. --Harbor International HAINX (Y) | | | | | | | | | |
| 115. --MFS Intl New Discovery MIDAX (Y) | | | | | | | | | |
| 116. --MFS Value MEIAX (Y) | | | | | | | | | |
| 117. --Prudential Jenn Mid Cap Gr PEEAX (Y) | | | | | | | | | |
| 118. --T Rowe Price Blue Chip Gr TRBCX (Y) | | | | | | | | | |
| 119. --JP Morgan High Yield OHYAX (Y) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goodwin, Charles B. | 7/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. --JP Morgan US Govt Mmf OGVXX (Y) | | | | | | | | | |
| 121. --Metropolitan West TTL Ret BD MWTRX (Y) | | | | | | | | | |
| 122. --Pimco Total Return Fund PTUZX (Y) | | | | | | | | | |
| 123. --T. Rowe Price Intl BD RPIBX (Y) | | | | | | | | | |
| 124. --Bridge Builder Core Bond Fund BBTBX (Y) | | | | | | | | | |
| 125. --Oppenheimer Main Street MSIGX (Y) | | | | | | | | | |
| 126. --T. Rowe Price Intl Stock PRITX (Y) | | | | | | | | | |
| 127. --Victory Integrity Small Value VSCVX (Y) | | | | | | | | | |
| 128. -Trust Royalty Mineral Leases (Y) | | | | | | | | | |
| 129. --Chaparral Energy LLC (Y) | | | | | | | | | |
| 130. --Fractal Oil and Gas Co (Y) | | | | | | | | | |
| 131. --L.E. Jones Operating Inc. (Y) | | | | | | | | | |
| 132. --Enerwest Trading Co. (Y) | | | | | | | | | |
| 133. --Plains Marketing LP (Y) | | | | | | | | | |
| 134. --Unimark LLC (Y) | | | | | | | | | |
| 135. --Sunoco LP (Y) | | | | | | | | | |
| 136. --DCP Midstream Partners (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goodwin, Charles B. | 7/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. --High Sierra Crude Oil LLC (Y) | | | | | | | | | |
| 138. --QEP Energy Inc. (Y) | | | | | | | | | |
| 139. --XTO Inc (Y) | | | | | | | | | |
| 140. --Red Rocks Oil & Gas LLC (Y) | | | | | | | | | |
| 141. --Scissortail Energy LLC (Y) | | | | | | | | | |
| 142. --Atlas LP (Y) | | | | | | | | | |
| 143. --Citation Corp. (Y) | | | | | | | | | |
| 144. --Enterprise Partners (Y) | | | | | | | | | |
| 145. --M.E. Klein & Assoc P.C. (Y) | | | | | | | | | |
| 146. --Five States LLC (Y) | | | | | | | | | |
| 147. --American Inc. (Y) | | | | | | | | | |
| 148. --Mewborne Co (Y) | | | | | | | | | |
| 149. --Chesapeake Corp. (Y) | | | | | | | | | |
| 150. --NGL Energy Partners LP (Y) | | | | | | | | | |
| 151. --Marathon Oil Co (Y) | | | | | | | | | |
| 152. --Merit Energy (Y) | | | | | | | | | |
| 153. --Targa (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goodwin, Charles B. | 7/15/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. --Vitol (Y) | | | | | | | | | |
| 155. --Unit Petroleum See Part VIII (Y) | | | | | | | | | |
| 156. Rental Property #1 Oklahoma City, Oklahoma (X) | C | Rent | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Goodwin, Charles B. | 7/15/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line 5 was previously listed as Treasuries. The treasuries were redeemed in a prior year for the current value code.

Line 8 is a call option that was exercised in 2017 and is no longer held.

Lines 50-52 are all LLC's that are partnerships that invest in different restaurants in Oklahoma and Arkansas.

Line 53 is a LLC that is a partnership that operates a restaurant in Texas.

Line 98 Trust #1 Resigned as trustee as of August 29, 2018. This will be deleted from future reports.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Charles B. Goodwin**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544